IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TYLER WHITE                                                    PLAINTIFF

v.                              No. 5:14-cv-385-DPM-HDY

ARKANSAS COUNTY JAIL, Jail
Administrator; and ROBERT DITTRICH,
Prosecuting Attorney                                    DEFENDANTS

ORDER

After *de novo* review, the Court adopts Magistrate Judge Young's
recommendation as modified. № 4; FED. R. CIV. P. 72(b)(3). White must either
demonstrate that he can't pay the filing fee by completing the *in forma pauperis*
application under oath or pay the fee. He cannot delay payment in hopes of
winning. The case will be dismissed without prejudice. White may move to
reopen by 16 January 2015 — with a completed IFP application or the filing fee.
The Court directs the Clerk to send him another copy of the IFP application
with this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 December 2014