IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYLER WHITE**                                                              **PLAINTIFF**

v.                              No. 5:14-cv-385-DPM

**ARKANSAS COUNTY JAIL, Jail
Administrator; and ROBERT DITTRICH,
Prosecuting Attorney**                               **DEFENDANTS**

## JUDGMENT

White's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 December 2014